Regina A. Petty (SBN 106163)
E-Mail: rpetty@fisherphillips.com
Adam F. Sloustcher (SBN 291657)
E-Mail: asloustcher@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858)597-9600
Facsimile: (858)597-9601

Attorneys for Defendant
Palomar Community College District

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHRYN KAILIKOLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, a governmental entity; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: 3:18-cv-02877-AJB-MSB<br><br>*[Previously San Diego Superior Court Case No. 37-2018-00058754-CU-WT-NC before the Honorable Ronald F. Frazier]*<br><br>**DEFENDANT PALOMAR COMMUNITY COLLEGE DISTRICT'S NOTICE OF PARTIES WITH FINANCIAL INTEREST [28 U.S.C. §§132, 1441, AND 1446]**<br><br>State Complaint: November 20, 2018 |

**TO PLAINTIFF, HER COUNSEL OF RECORD, AND THE CLERK OF THE U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA:**

The undersigned, counsel of record for Defendant Palomar Community College District, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

///

///

1. Palomar Community College District, a governmental public entity; and
2. Kathryn Kailikole, an individual.

Dated: December 28, 2018

Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: */s/ Adam F. Sloustcher*
Regina A. Petty
Adam F. Sloustcher
Attorneys for Palomar Community College District

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California, 92121.

On December 28, 2018 I served the foregoing document entitled **DEFENDANT PALOMAR COMMUNITY COLLEGE DISTRICT'S NOTICE OF PARTY WITH FINANCIAL INTEREST** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Evan Dwin (SBN 241027) | Telephone: (760) 536-6471 |
| DWIN LEGAL, APC | Facsimile:  (760) 585-4649 |
| 2121 Palomar Airport Road, Suite 170 | E-Mail: edwin@dwinlegal.com |
| Carlsbad, California 92011 | Attorneys for Kathryn Kailikole |

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed December 28, 2018 at San Diego, California.

Angela Mastin          By: *Angela D Mastin*