1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KAILIKOLE, an individual,<br><br>              Plaintiff,<br><br>    v.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, a governmental entity; and DOES 1 through 25, inclusive,<br><br>           Defendants. | Case No:  3:18-CV-02877-AJB-MSB<br><br>**ORDER GRANTING PLAINTIFF KATHRYN KAILIKOLE  AND DEFENDANT PALOMAR COMMUNITY COLLEGE DISTRICT'S JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

Having reviewed the Joint Motion to Extend Time for Defendant Palomar Community College District to respond to the Complaint and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED THAT:

Defendant's time to file a responsive pleading is extended to January 10, 2019.

**IT IS SO ORDERED.**

Dated:  January 3, 2019

Hon. Anthony J. Battaglia
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

FPDOCS 34856676.1