Regina A. Petty (SBN 106163)
  E-Mail: rpetty@fisherphillips.com
Adam F. Sloustcher (SBN 291657)
  E-Mail: asloustcher@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile:  (858) 597-9601

Attorneys for Defendant
Palomar Community College District

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KAILIKOLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, a governmental entity; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: 3:18-cv-02877-AJB-MSB<br><br>*[Previously San Diego Superior Court Case No. 37-2018-00058754-CU-WT-NC before the Honorable Ronald F. Frazier]*<br><br>**DEFENDANT PALOMAR COMMUNITY COLLEGE DISTRICT'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. RULES 12(B) AND 12(B)(6)**<br><br>Date:  April 4, 2019<br>Time: 2:00 p.m.<br>Courtroom: 4A<br><br>State Complaint: November 20, 2018<br>Removed: December 26, 2018 |

NOTICE IS HEREBY GIVEN that on April 4, 2019, at 2:00 p.m., in the United States District Court of the Southern District of California, before the Honorable Anthony J. Battaglia, located at 333 W. Broadway, Suite 420, San Diego, California, 92101, Defendant Palomar Community College District ("the

1

District") will and hereby does move the Court to dismiss Plaintiff Kathryn Kailikole's Complaint pursuant to Rules 12(b) and 12(b)(6) of the Federal Rule of Civil Procedure.

Defendant brings the present Motion seeking dismissal of Plaintiff's Complaint pursuant to Rule 12(b)(6) on the basis that Plaintiff fails to state a claim upon which relief may be granted because: as to Plaintiff's First, Second, and Seventh Causes of Action, Plaintiff does not allege that she engaged in any protected activity; and, as to Plaintiff's Fourth, Fifth, and Sixth Causes of Action, Plaintiff does not allege that she suffered a "disability" recognized under the California Fair Employment & Housing Act.

Further, Defendant also brings this Motion as a nonenumerated Rule 12(b) motion on the basis that: as to Plaintiff's Third through Seventh Causes of Action, Defendant has an absolute immunity defense to all of Plaintiff's state law claims; and, as to Plaintiff's Seventh Cause of Action, Plaintiff failed to exhaust internal grievance procedures.

This Motion will be based upon this Notice of Motion and Motion; Defendant's Memorandum of Points and Authorities; the Request for Judicial Notice and exhibits thereto and Declaration of Lisa Norman and exhibits thereto filed concurrently herewith; and all pleadings on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: February 1, 2019

Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: */s/ Adam F. Sloustcher*
Regina A. Petty
Adam F. Sloustcher
Attorneys for Defendant
Palomar Community College District

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California, 92121.

On February 1, 2019, I served the foregoing document entitled **DEFENDANT PALOMAR COMMUNITY COLLEGE DISTRICT'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(B)(6)** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Evan Dwin<br>DWIN LEGAL, APC<br>2121 Palomar Airport Road, Suite 170<br>Carlsbad, CA 92011 | Telephone: (760) 536-6471<br>Facsimile:  (760) 585-4649<br>E-Mail: EDwin@DwinLegal.com<br>Attorneys for Plaintiff<br>Kathryn Kailikole |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed February 1, 2019, at San Diego, California.

Angela D. Mastin    By: *[signature]*