Regina A. Petty (SBN 106163)
   E-Mail: rpetty@fisherphillips.com
Adam F. Sloustcher (SBN 291657)
   E-Mail: asloustcher@fisherphillips.com
Kevonna J. Ahmad (SBN 324312)
   E-Mail: kahmad@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858)597-9600
Facsimile: (858)597-9601

Attorneys for Defendant
Palomar Community College District

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KAILIKOLE, an individual;<br><br>          Plaintiff,<br><br>v.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, a governmental entity; and DOES 1 through 25, inclusive;<br><br>          Defendants. | CASE NO.: 3:18-cv-02877-AJB-MSB<br><br>*[Previously San Diego Superior Court Case No. 37-2018-00058754-CU-WT-NC before the Honorable Ronald F. Frazier]*<br><br>**DEFENDANT PALOMAR COMMUNITY COLLEGE DISTRICT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. § 425.16**<br><br>DATE: June 20, 2019<br>TIME: 2:00 p.m.<br><br>Complaint Filed: November 20, 2018<br>Removed: December 26, 2018<br>First Amended Complaint Filed: January 18, 2019<br><br>Trial Date: Not Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 20, 2019[1], at 2:00 p.m., at the above-referenced Court, Defendant Palomar Community College District ("Defendant") will, and hereby does, move the Court to issue an order striking Plaintiff Kathryn Kailikole's ("Plaintiff") First Amended Complaint in its entirety pursuant to California Code of Civil Procedure §425.16. Defendant will also move the Court to issue an order awarding attorney fees to Defendant pursuant to California Code of Civil Procedure §425.16(c).

This motion will be brought on the grounds that the First Amended Complaint is a SLAPP suit within the meaning of California Code of Civil Procedure §425.16 because all of the alleged wrongful conduct of which Plaintiff complains is protected activity. Further, Plaintiff will be unable to meet her burden to show a probability of success on the merits for any of her claims. Defendant also requests that it be awarded attorney's fees on the grounds that §425.16(c) permits the Court to award attorney's fees to a defendant who prevails on an anti-SLAPP motion, even where the defendant prevails only in-part.

This Motion is based upon this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities; the concurrently filed Declarations of Lisa Norman, Jack Kahn, and Jeffrey B. Love; all other pleadings and papers on file in this matter; any oral argument that may be presented when the Motion is heard; and upon such additional evidence as the Court deems relevant.

DATE: March 19, 2019   **FISHER & PHILLIPS LLP**

By: */s/ Adam F. Sloustcher*
Regina A. Petty
Adam F. Sloustcher
Attorneys for Palomar Community
College District

---

[1] Defendant was provided this hearing date by the Court with the understanding that the docket conditions of the Court require a hearing date later than 30 days following service of the instant motion. *See* Cal. Code Civ. Proc. §425.16(f).

# PROOF OF SERVICE
(CCP §§1013(a) and 2015.5)

I, the undersigned, am at least 18 years old and not a party to this action. I am employed in the County of San Diego with the law offices of Fisher & Phillips LLP and its business address is 4747 Executive Drive, Suite 1000, San Diego, California, 92121.

On March 19, 2019, I served the following document(s) **DEFENDANT PALOMAR COMMUNITY COLLEGE DISTRICT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. § 425.16** on the person(s) listed below by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Evan Dwin (SBN 241027) | Telephone: (760) 536-6471 |
| DWIN LEGAL, APC | Facsimile: (760) 585-4649 |
| 2121 Palomar Airport Road, Suite 170 | E-Mail: edwin@dwinlegal.com |
| Carlsbad, California 92011 | Attorneys for Kathryn Kailikole |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed March 19, 2019, at San Diego, California.

Michael Lynn Filio     By: _____