**DWIN LEGAL, APC**
Evan Dwin (SBN 241027)
2121 Palomar Airport Road, Suite 170
Carlsbad, CA 92011
Tel: (760) 536-6471
Fax: (760) 585-4649
Email: edwin@dwinlegal.com

Attorneys for Plaintiff
KATHRYN KAILIKOLE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KAILIKOLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, a governmental entity; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No:  3:18-cv-02877-AJB-MSB<br><br>**JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Current Response Date: April 3, 2019<br>Current Reply Date:  April 10, 2019<br><br>Requested Response Date: April 17, 2019<br>Requested Reply Date:  April 24, 2019<br><br>Hearing Date:  June 20, 2019<br>Hearing Time: 2:00 p.m.<br>Courtroom:  4A |

**JOINT MOTION AND REQUEST TO EXTEND BRIEFING SCHEDULE**

Plaintiff Kathryn Kailikole ("Plaintiff") and Defendant Palomar Community College District ("Defendant") bring this joint motion to request a two-week extension of the briefing schedule for Defendant's Special Motion to Strike Plaintiff's First Amended Complaint (the "Motion"), which was filed on

1

1  March 19, 2019 (Declaration of Evan Dwin ("Dwin Decl.") ¶ 2, Doc. 14).  The
2  current briefing schedule for the Motion requires Plaintiff to file her response on
3  April 3, 2019.  (Dwin Decl. ¶ 3, Doc. 20.)
4       Plaintiff's counsel is traveling with his family to the east coast for his
5  father's 80th birthday celebration and his niece's bat mitzvah from March 21
6  through March 25, which constitute 5 of the 14 days (including weekends) during
7  the current briefing schedule for the opposition.  (Dwin Decl. ¶¶ 4-5.)  Further,
8  the motion is a complex motion that is twenty-five pages long and cites to thirty-
9  six cases, four federal statutes, ten state statutes, and the First Amendment and
10 was submitted with declarations containing approximately 800 pages of exhibits.
11 (Dwin Decl. ¶ 6, Doc. 14-1, 14-2, 14-3, 14-4.)  The Motion seeks dismissal of
12 Plaintiff's claims and to recover attorneys' fees.  (Dwin Decl. ¶ 6, Doc. 14.)
13      Given Plaintiff's counsel's need to attend to important family matters and
14 the complexity and significance of the Motion, there is good cause to, and the
15 parties jointly request that, the briefing schedule for the Motion be adjusted so
16 that Plaintiff's response is due April 17, 2019 and the reply is due April 24, 2019.

Dated:  March 20, 2019

Respectfully submitted,

**DWIN LEGAL, APC**

By:   */s/* Evan Dwin
     Evan Dwin
     Attorneys for Plaintiff
     KATHRYN KAILIKOLE

Dated:  March 20, 2019

**FISHER & PHILLIPS LLP**

By:   */s/* Adam Sloustcher
     Regina A. Petty
     Adam F. Sloustcher
     Attorneys for Defendant
     PALOMAR COMMUNITY
     COLLEGE DISTRICT