**DWIN LEGAL, APC**
Evan Dwin (SBN 241027)
2121 Palomar Airport Road, Suite 170
Carlsbad, CA 92011
Tel: (760) 536-6471
Fax: (760) 585-4649
Email: edwin@dwinlegal.com

Attorneys for Plaintiff
KATHRYN KAILIKOLE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KAILIKOLE, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, a governmental entity; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No: 3:18-cv-02877-AJB-MSB<br><br>**DECLARATION OF EVAN DWIN IN SUPPORT OF JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Current Response Date: April 3, 2019<br>Current Reply Date:  April 10, 2019<br><br>Requested Response Date: April 17, 2019<br>Requested Reply Date:  April 24, 2019<br><br>Hearing Date:  June 20, 2019<br>Hearing Time: 2:00 p.m.<br>Courtroom:  4A<br><br>Complaint Filed:  November 20, 2018<br>Removal Date:  December 26, 2018 |

1

DECLARATION OF EVAN DWIN IN SUPPORT OF JOINT MOTION TO EXTEND
BRIEFING SCHEDULE

I, Evan Dwin, hereby declare and state as follows:

1. I am an attorney licensed to practice before this Court, and the principal of Dwin Legal, APC, counsel of record for Plaintiff Kathryn Kailikole ("Plaintiff"). I make this Declaration in support of the parties' Joint Motion to Extend the Briefing Schedule for Defendant's Special Motion to Strike Plaintiff's First Amended Complaint. I am over the age of eighteen and have personal knowledge of the matter contained herein. If called as a witness I could and would testify competently to the matters set forth in this declaration.

2. On March 19, 2019, Defendant Palomar Community College District ("Defendant") filed a Special Motion to Strike Plaintiff's First Amended Complaint Pursuant to Cal. Code Civ. Proc. § 425.16 (the "Motion").

3. The current briefing schedule for the Motion requires Plaintiff to file her response on April 3, 2019. (Doc. 20.)

4. I will be traveling with my family from March 21 through March 25 to Baltimore, Maryland and Washington, D.C. The purpose of the trip is a combination of attending my father's 80th birthday celebration in Baltimore and my niece's bat mitzvah in Washington, D.C. My father, Harold Dwin, practices law full-time and is in his 51st year as a member of the Maryland State Bar Association.

5. Because I will be traveling from March 21 through March 25 for these very special family events, I will be unavailable for 5 of the 14 days (including weekends) in the current time to draft the opposition to the Motion.

6. The Motion is twenty-five pages long and cites to fifty-one authorities including, thirty-six cases, four federal statutes, ten state statutes, and the First Amendment. (Doc. 14.) The Motion seeks dismissal of Plaintiff's claims and seeks the recovery of costs and attorneys' fees. Further, the declarations submitted in connection with the motion contain a combined 800 pages of Exhibits.

7. Because I am traveling for very important family events and the

2

DECLARATION OF EVAN DWIN IN SUPPORT OF JOINT MOTION TO EXTEND BRIEFING SCHEDULE
CASE NO. 18CV2877 AJB MSB

Motion is a complex and significant motion, good cause exists to extend the briefing schedule for two weeks so that Plaintiff's response is due on April 17, 2019 and Defendant's reply is due April 24, 2019.

I declare under the law of the United States of America and California that the foregoing is true and correct.

Executed this 20th day of March 2019 in Carlsbad, California.

 /s/ Evan Dwin
Evan Dwin

3
DECLARATION OF EVAN DWIN IN SUPPORT OF JOINT MOTION TO EXTEND BRIEFING SCHEDULE
CASE NO. 18CV2877 AJB MSB