UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KAILIKOLE,<br><br>                                            Plaintiff,<br><br>v.<br><br>PALOMAR COMMUNITY COLLEGE<br>DISTRICT, et al.,<br><br>                                          Defendants. | Case No.:  18cv2877-AJB(MSB)<br><br>**NOTICE AND ORDER FOR EARLY<br>NEUTRAL EVALUATION CONFERENCE<br>AND CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that an Early Neutral Evaluation ("ENE") of your case will be held on <u>**June 27, 2019**</u>, at <u>**9:30 a.m.**</u> in the chambers of the Honorable Michael S. Berg, United States Magistrate Judge, **located at 221 West Broadway, third floor, San Diego, California, 92101.**  Due to the Court's calendar and in order to encourage maximum participation of all litigants and the Court, good cause appears to set the ENE beyond forty-five days of the filing of the answer.

     All discussions at the ENE Conference will be informal, off the record, privileged, and confidential.  Counsel for any non-English speaking party is responsible for arranging for the appearance of an interpreter at the conference.  The following rules and deadlines apply:

/ / /

1    **1.    Personal Appearance of Parties Required**:  All named parties, party

2    representatives, including claims adjusters for insured defendants, as well as the

3    principal attorney(s) responsible for the litigation, must be present **in person** and legally

4    and factually prepared to discuss and resolve the case.  Counsel appearing without their

5    clients (whether or not counsel has been given settlement authority) will be cause for

6    immediate imposition of sanctions and may also result in the immediate termination of

7    the conference.

8    **2.    Full Settlement Authority Required**:  A party or party representative with

9    full settlement authority[1] must be present at the conference.  Retained outside

10   corporate counsel shall not appear on behalf of a corporation as the party

11   representative who has the authority to negotiate and enter into a settlement.  A

12   government entity may be excused from this requirement so long as the government

13   attorney who attends the ENE has (1) primary responsibility for handling the case, and

14   (2) authority to negotiate and recommend settlement offers to the government

15   official(s) having ultimate settlement authority.

16   **3.    Confidential ENE Statements Required**:  No later than **June 20, 2019**, the

17   parties shall submit directly to Magistrate Judge Berg's chambers (via hand delivery or

18   by e-mail to the Court at efile_berg@casd.uscourts.gov), confidential settlement

19   statements.  The ENE statement is limited to **five (5) pages or less, and up to five (5)**

20   **pages of exhibits or declarations.**  Each party's ENE statement must outline (1) the

21   nature of the case and the claims, (2) position on liability or defense, (3) position

22

23   _____

24   [1] "Full settlement authority" means that the individuals at the settlement conference must be
     authorized to fully explore settlement options and to agree at that time to any settlement terms

25   acceptable to the parties.  Heileman Brewing Co. v. Joseph Oat Corp., 871 F.2d 648, 653 (7th Cir. 1989).
     The person needs to have "unfettered discretion and authority" to change the settlement position of a

26   party.  Pitman v. Brinker Int'l, Inc., 216 F.R.D. 481, 485–86 (D. Ariz. 2003).  The purpose of requiring a
     person with unlimited settlement authority to attend the conference contemplates that the person's

27   view of the case may be altered during the face to face conference.  Id. at 486.  A limited or a sum
     certain of authority is not adequate.  See Nick v. Morgan's Foods, Inc., 270 F.3d 590, 595–97 (8th Cir.

28   2001).

18cv2877-AJB(MSB)

regarding settlement of the case with a **specific demand/offer for settlement**, and (4) any previous settlement negotiations or mediation efforts.

If a specific demand or offer cannot be made at the time the ENE statement is submitted, then the reasons as to why a demand or offer cannot be made must be stated.  Further, the party must explain when they will be in a position to state a demand or offer.  General statements such as a party will "negotiate in good faith" is <u>not</u> a specific demand or offer.  The ENE statement should be submitted confidentially and need not be shared with other parties.

**4.     New Parties Must be Notified by Plaintiff or Plaintiff's Counsel**:  Plaintiff's counsel shall give notice of the ENE to parties responding to the complaint after the date of this notice.

**5.     Case Management Conference**:  If the case does not settle during the ENE, the Court will conduct a Case Management Conference.  In preparation for this conference, the parties must do the following:

a.     Meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **June 13, 2019**;

b.     File a Joint Discovery Plan no later than **June 20, 2019**.  Agreements made in the Joint Discovery Plan will be treated as binding stipulations that are effectively incorporated into the Court's Case Management Order.  The Joint Discovery Plan must be one document and must cover the parties' views and proposals for each item identified in Fed. R. Civ. P. 26(f)(3).  In addition, the Joint Discovery Plan must include the following:

i.     **Service**:  A statement as to whether any parties remain to be served and, if so, a proposed deadline for service;

ii.     **Amendment of Pleadings**:  The extent to which parties, claims, or defenses are expected to be added or dismissed and a   proposed deadline for amending the pleadings;

/ / /

iii.   **Protective Order**:  Whether a protective order is contemplated to cover the exchange of confidential information and, if so, the date by which the proposed order will be submitted to the Court;

iv.   **Privilege**:  The procedure the parties plan to use regarding claims of privilege and whether an order pursuant to Fed. R. Evid. 502 will be sought;

v.   **Evidence Preservation**:  Whether the parties have  discussed issues related to the preservation of relevant evidence and if there are areas of disagreement, how the parties are resolving them;

vi.   **Electronic Discovery**:  In addition to the requirements set forth in Fed. R. Civ. P. 26(f)(3)(C), the parties must describe their agreements regarding methodologies for locating and producing electronically stored information and the production of metadata, and must identify any issues or agreements regarding electronically stored information that may not be reasonably accessible (see Fed. R. Civ. P. 26(b)(2)(B));

vii.   **Discovery**:  In addition to the requirements of Fed. R. Civ. P. 26(f)(3)(B), the parties must describe the discovery taken to date (if any), any proposed limitations or modifications of the discovery rules, and any identified discovery disputes; and

viii.   **Related Cases**:  Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

c.   Exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **June 20, 2019**.

**6.   Requests to Continue an ENE Conference**:  Local Rule 16.1(c) requires that an ENE take place within forty-five (45) days of the filing of the first answer.  Requests to continue ENEs are rarely granted.  An ENE may be rescheduled only upon a showing of good cause and adequate notice to the Court.  **Absent good cause, requests for**

/ / /

/ / /

1  continuances will not be considered unless submitted __in writing__ no fewer than seven

2  (7) calendar days prior to the scheduled conference.

3          **IT IS SO ORDERED**.

4  Dated:  May 14, 2019

5

6                                          Honorable Michael S. Berg
                                          United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

18cv2877-AJB(MSB)

## NOTICE OF RIGHT TO CONSENT TO TRIAL

## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), you are hereby notified that a United States Magistrate Judge of this district may, upon the consent of all parties, conduct any or all proceedings, including a jury or non-jury trial, and order the entry of a final judgment.  Consent forms are available in the Clerk's Office.  Plaintiff or his counsel shall be responsible for obtaining the consent of all parties, should they desire to consent.

You should be aware that your decision to consent or not to consent is entirely voluntary and should be communicated solely to the Clerk of Court.  Only if all parties consent will the Judge or Magistrate Judge to whom the case has been assigned be informed of your decision.

Judgments of United States Magistrate Judges are appealable to the United States Court of Appeals in accordance with this statute and the Federal Rules of Appellate Procedure.

18cv2877-AJB(MSB)