DWIN LEGAL, APC
Evan Dwin (SBN 241027)
2121 Palomar Airport Road, Suite 170
Carlsbad, CA 92011
Tel: (760) 536-6471
Fax: (760) 585-4649
Email: edwin@dwinlegal.com

Attorneys for Plaintiff
KATHRYN KAILIKOLE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KAILIKOLE, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, a governmental entity; and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No: 3:18-cv-02877-AJB-MSB<br><br>**JOINT MOTION TO CONTINUE HEARING DATE ON DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Current Hearing Date:  July 11, 2019<br>Current Hearing Time:  2:00 p.m.<br>Courtroom:  4A<br><br>Requested Hearing Date: July 18, 2019<br>Requested Hearing Time: 2:00 p.m.<br>Courtroom: 4A |

**JOINT MOTION AND REQUEST TO CONTINUE HEARING**

Plaintiff Kathryn Kailikole ("Plaintiff") and Defendant Palomar Community College District ("Defendant") bring this joint motion to request that the hearing on Defendant's Special Motion to Strike Plaintiff's First Amended Complaint (the "Motion") be continued from July 11, 2019 at 2:00 p.m. to July

1

JOINT MOTION TO CONTINUE HEARING
CASE NO. 18CV2877 AJB MSB

18, 2019 at 2:00 p.m.

Defendant filed the Motion on March 19, 2019 and noticed it for a hearing on June 20, 2019. (Doc. 14.) On June 12, 2019, the Court, due to a conflict in its calendar on June 20, 2019, continued the hearing to July 11, 2019. (Doc. 23.)

Pursuant to arrangements made prior to the Court's order continuing the hearing on the Motion, counsel for Plaintiff will be traveling on July 11, 2019. (Declaration of Evan Dwin ("Dwin Decl.") ¶ 3.) Accordingly, counsel for Plaintiff met and conferred with counsel for Defendant and all counsel agreed to join a motion requesting that the Court continue the hearing on the Motion to July 18, 2019 at 2:00 p.m. (Dwin Decl. ¶ 3.) Counsel for Plaintiff also contacted the Clerk, who advised him that July 18, 2019 at 2:00 p.m. is currently an available hearing date. (Dwin Decl. ¶ 4.)

Based on the foregoing, and good cause existing thereon, the Parties agree and jointly request that the Court continue the hearing on the Motion for one week to July 18, 2019.

Dated: June 19, 2019

Respectfully submitted,

**DWIN LEGAL, APC**

By: /s/ Evan Dwin
Evan Dwin
Attorneys for Plaintiff
KATHRYN KAILIKOLE

Dated: June 19, 2019

**FISHER & PHILLIPS LLP**

By: /s/ Kevonna Ahmad
Regina A. Petty
Adam F. Sloustcher
Kevonna Ahmad
Attorneys for Defendant
PALOMAR COMMUNITY
COLLEGE DISTRICT

2

JOINT MOTION TO CONTINUE HEARING
CASE NO. 18CV2877 AJB MSB