```
 1  DWIN LEGAL, APC
    Evan Dwin (SBN 241027)
 2  2121 Palomar Airport Road, Suite 170
    Carlsbad, CA 92011
 3  Tel: (760) 536-6471
    Fax: (760) 585-4649
 4  Email: edwin@dwinlegal.com
 5
    Attorneys for Plaintiff
 6  KATHRYN KAILIKOLE
 7
 8
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KAILIKOLE, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, a governmental entity; and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No: 3:18-cv-02877-AJB-MSB<br><br>**DECLARATION OF EVAN DWIN IN SUPPORT OF JOINT MOTION TO CONTINUE HEARING DATE ON DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Current Hearing Date:  July 11, 2019<br>Current Hearing Time:  2:00 p.m.<br>Courtroom:  4A<br><br>Requested Hearing Date: July 18, 2019<br>Requested Hearing Time: 2:00 p.m.<br>Courtroom: 4A<br><br>Complaint Filed: November 20, 2018<br>Removal Date: December 26, 2018 |

1

DECLARATION OF EVAN DWIN IN SUPPORT OF JOINT MOTION TO CONTINUE HEARING

I, Evan Dwin, hereby declare and state as follows:

1. I am an attorney licensed to practice before this Court, and the principal of Dwin Legal, APC, counsel of record for Plaintiff Kathryn Kailikole ("Plaintiff"). I make this Declaration in support of the parties' Joint Motion to Continue the hearing on Defendant's Special Motion to Strike Plaintiff's First Amended Complaint. I am over the age of eighteen and have personal knowledge of the matter contained herein. If called as a witness I could and would testify competently to the matters set forth in this declaration.

2. On March 19, 2019, Defendant Palomar Community College District filed a Special Motion to Strike Plaintiff's First Amended Complaint (the "Motion") and noticed it for a hearing on June 20, 2019. (Doc. 14.) On June 12, 2019, the Court, due to a conflict in its calendar on June 20, 2019, continued the hearing to July 11, 2019. (Doc. 23.)

3. Pursuant to arrangements I made prior to the Court's order continuing the hearing on the Motion, I will be traveling to Portland, Oregon on July 11, 2019. On June 13, 2019, I e-mailed counsel for Defendant, Kevonna Ahmad to advise her that I was unavailable to appear at the hearing on July 11, 2019. Ms. Ahmad agreed that Defendant would join a motion to continue the hearing. The next day, Ms. Ahmad and I discussed dates where all counsel was available, which included July 18, 2019.

4. On June 19, 2019, I called the Court's Clerk and inquired as to whether the Court was available for a hearing on July 18, 2019. The Clerk advised me that July 18, 2019 at 2:00 p.m. is currently an available hearing date.

5. Based on the foregoing, good cause exists to continue the hearing on Defendant's Motion for one week to July 18, 2019 at 2:00 p.m.

I declare under the law of the United States of America and California that the foregoing is true and correct.

2

DECLARATION OF EVAN DWIN IN SUPPORT OF JOINT MOTION TO CONTINUE HEARING
CASE NO. 18CV2877 AJB MSB

1 | Executed this 19th day of June 2019 in Carlsbad, California.

/s/ Evan Dwin
Evan Dwin

3
DECLARATION OF EVAN DWIN IN SUPPORT OF JOINT MOTION TO CONTINUE
HEARING
CASE NO. 18CV2877 AJB MSB