# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KAILIKOLE, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, a governmental entity; and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No: 3:18-cv-02877-AJB-MSB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE ON DEFENDANT'S SPECIAL MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(Doc. No. 24) |

　　The Court has reviewed the Joint Motion to Continue the Hearing on Defendant's Special Motion to Strike Plaintiff's First Amended Complaint. Good Cause appearing thereon, the Court hereby **GRANTS** the joint motion and orders as follows:

1.  The hearing on the Special Motion to Strike will be continued from July 11, 2019 to July 18, 2019 at 2:00 p.m. in Courtroom 4A of the above-captioned Court.

**IT IS SO ORDERED**

Dated: June 20, 2019

Hon. Anthony J. Battaglia
United States District Judge