Regina A. Petty (SBN 106163)
  E-Mail: rpetty@fisherphillips.com
Adam F. Sloustcher (SBN 291657)
  E-Mail: asloustcher@fisherphillips.com
Kevonna J. Ahmad (SBN 324312)
  E-Mail: kahmad@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California  92121
Telephone:  (858)597-9600
Facsimile:   (858)597-9601
Attorneys for Defendant
Palomar Community College District

Evan Dwin (SBN 241027)
  E-Mail: EDwin@DwinLegal.com
**DWIN LEGAL, APC**
2121 Palomar Airport Road, Suite 170
Carlsbad, California 92011
Telephone: (760) 536-6471
Facsimile:  (760) 585-4649
Attorneys for Plaintiff, Kathryn Kailikole

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHRYN KAILIKOLE, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, a governmental entity; and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No:  3:18-cv-02877-AJB-MSB<br><br>*[Previously San Diego Superior Court Case No. 37-2018-00058754-CU-WT-NC before the Honorable Ronald F. Frazier]*<br><br>**JOINT MOTION FOR STIPULATED PROTECTIVE ORDER**<br><br>State Complaint:  November 20, 2018 |

1

1  Plaintiff Kathryn Kailikole ("Plaintiff") and Defendant Palomar Community
2 College District ("Defendant") have agreed to enter into a stipulated protective order
3 and jointly request that the Court review and approve the Joint Stipulated Protective
4 Order, attached hereto as **Exhibit 1**.

Dated: July 31, 2019

Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: */s/ Kevonna J. Ahmad*
Regina A. Petty
Adam F. Sloustcher
Kevonna J. Ahmad
Attorneys for Defendant
Palomar Community College District

Dated: July 31, 2019

**DWIN LEGAL, APC**

By: */s/ Evan Dwin*
Evan Dwin
Attorney for Kathryn Kailikole

1 **INDEX OF EXHIBITS**

3  Exhibit 1 – Joint Stipulation for Protective Order