UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KAILIKOLE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 18cv2877-AJB(MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER [ECF NO. 32]** |

On July 31, 2019, the parties filed a joint motion asking the Court to enter their Protective Order. (ECF No. 32). The Court has considered the Stipulated Protective Order and, for good cause shown, **GRANTS** the joint motion and enters the Stipulated Protective Order attached as Exhibit 1 to the parties' motion [ECF No. 32-1].

**IT IS SO ORDERED.**

Dated: July 31, 2019

Honorable Michael S. Berg
United States Magistrate Judge