UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KAILIKOLE,<br><br>                      Plaintiff,<br><br>v.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, et al.,<br><br>                      Defendants. | Case No.: 18cv2877-AJB(MSB)<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

A telephonic Case Management Conference was held on September 10, 2019. Pursuant to the discussions during the conference, the Court sets a telephonic Case Management Conference for **December 11, 2019**, at **9:15 a.m.** Plaintiff's counsel is to arrange and initiate the conference call. The telephone number for Judge Berg's chambers is (619) 557-6632.

**IT IS SO ORDERED.**

Dated:  September 10, 2019

Honorable Michael S. Berg
United States Magistrate Judge