AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ CALIFORNIA

| | |
|---|---|
| KATHRYN KAILIKOLE | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| PALOMAR COMMUNITY COLLEGE DISTRICT, et | CASE NUMBER: 18cv2877-AJB(MSB) |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, **Palomar Community College District** substitutes

(Party (s) Name)

Dennis J. Walsh _____ , State Bar No. **106646** _____ as counsel of record in

(Name of New Attorney)

place of **Regina Petty and Adam Sloustcher of Fisher & Phillips LLP** _____ .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Walsh & Associates, APC |
| Address: | 16633 Ventura Bouleard, Suite 800, Encino, CA 91436 |
| Telephone: | (818) 986-1776       Facsimile (818) 382-2071 |
| E-Mail (Optional): | dwalsh@walshlawyers.com |

I consent to the above substitution.

Date: 9/26/2019

PALOMAR COMMUNITY COLLEGE DISTRICT

(Signature of Party (s))

Adam F. Sloustcher

I consent to being substituted.

Date: 09/10/2019

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/6/2019

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____        _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**