WALSH & ASSOCIATES, APC
16633 Ventura Boulevard, Suite 800
Encino, CA 91436
Telephone: (818) 986-1776
Facsimile: (818) 382-2071
DENNIS J. WALSH, Esq. (State Bar No. 106646)
Email: dwalsh@walshlawyers.com

Specially Appearing for Defendant,
PALOMAR COMMUNITY COLLEGE DISTRICT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KAILIKOLE, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, a governmental entity; and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No.: 3:18-cv-02877-AJB-MSB<br><br>**NOTICE OF TERMINATION OF REPRESENTATION OF DENNIS J. WALSH, ESQ**. |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

　　　PLEASE TAKE NOTICE that on September 10, 2019, Dennis J. Walsh of Walsh & Associates, APC, specially appeared at the Telephonic Case Management Conference on behalf of Defendant Palomar Community College District. At that time, counsel advised the Court that our firm had not substituted into this case yet.

　　　Specially appearing attorney Dennis J. Walsh hereby requests the Court to terminate our representation of Defendant Palomar Community College District and

1

request the clerk to update the docket as indicated above.

DATED: October 9, 2019          WALSH & ASSOCIATES, APC

By: _____
DENNIS J. WALSH, ESQ.
Specially Appearing for Defendant,
PALOMAR COMMUNITY COLLEGE DISTRICT

2

NOTICE OF TERMINATION OF REPRESENTATION OF DENNIS J. WALSH, ESQ.