```
DWIN LEGAL, APC
Evan Dwin (SBN 241027)
2121 Palomar Airport Road, Suite 160
Carlsbad, CA 92011
Tel: (760) 536-6471
Fax:(760) 585-4649

Attorneys for Plaintiff
KATHYRN KAILIKOLE
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KAILIKOLE, an individual;<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, a governmental entity; and DOES 1 through 25, inclusive;<br><br>　　　　　　　　Defendants. | Case No. 3:18-cv-02877-AJB-MSB<br><br>**DECLARATION OF EVAN DWIN IN SUPPORT OF REPLY RE PLAINTIFF KATHRYN KAILIKOLE'S APPLICATION FOR ATTORNEYS' FEES PURSUANT TO THE COURT'S ORDER DATED AUGUST 22, 2019 DENYING DEFENDANT'S ANTI-SLAPP MOTION** |

## DECLARATION

I, Evan Dwin, declare:

　　　1.　　I am an attorney at law duly licensed to practice before this Court. I am the principal of Dwin Legal, APC, counsel for Plaintiff Dr. Kathryn Kailikole ("Plaintiff"). I make this declaration in support of Plaintiff's Reply in Support of Plaintiff's Application for Attorneys' Fees Pursuant to Order Denying Defendant's Motion to Dismiss Pursuant to Cal. Code Civ. Proc. § 425.16. I know the facts asserted in this declaration to be true of my own personal knowledge.

　　　2.　　In denying Defendant Palomar Community College's ("Defendant") anti-SLAPP motion, the Court ordered Plaintiff to submit "an itemization detailing the attorneys' fees incurred in opposing Defendant's motion to dismiss her *federal claims* . . . ." (Doc. No 34 p. 10.) To comply with the Court's order, I did not think it

would be appropriate to simply file time records and expect the Court to research the law, review the record, research and analyze the reasonable hourly rate for attorneys in San Diego and determine the appropriate amount of fees to award.  I understood that I was expected to file a detailed fee application so that the record would reflect a sufficient basis for the Court to award the fees requested.  Accordingly, I researched the relevant law regarding the "lodestar amount" and other relevant issues, reviewed the record, and researched and analyzed the reasonable rates for attorneys in San Diego, including searching for and reviewing cases in which this Court ruled on fee applications.  I also drafted and filed a 10-page brief and a declaration attaching detailed time records and evidence supporting the requested hourly rate.  As set forth in the time records I submitted in support of the application (see Doc. 37-1, ¶ 10, Ex. 1), I spent 11.9 hours preparing the brief and declaration which I believe was a reasonable amount of time to prepare and file documents sufficient to establish Plaintiff's right to recover the amount of fees requested.

3. On December 5, 2019, Defendant filed an Opposition to Plaintiff's fee application.  Instead of simply challenging the amount of fees requested, Defendant sought to relitigate the issue of whether Plaintiff is entitled to recover any attorneys' fees.  To appropriately respond, I reviewed the record, researched the law and drafted a brief that responds to each of the new arguments raised by Defendant.  I spent more than 6 hours preparing the reply brief which, based on my experience, is a reasonable amount of time given the complexity and importance of the task.  Accordingly, Plaintiff is requesting an additional $3,300 in attorneys' fees which is based on the first 6 hours I spent preparing the reply at the requested hourly rate of $550 per hour.

I declare, under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on December 11, 2019 in Carlsbad, California.



_____
Evan Dwin