**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHRYN KAILIKOLE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>PALOMAR COMMUNITY COLLEGE DISTRICT, a government entity; and DOES 1 through 25, inclusive;<br><br>Defendants. | CASE NO. 3:18-cv-02877-AJB-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

The Court has reviewed and considered the Joint Motion and Request for Voluntary Dismissal filed by Plaintiff Kathryn Kailikole ("Plaintiff") and Defendant Palomar Community College District ("Defendant") (collectively, the "Parties"), which is incorporated by reference as if fully set forth herein. Good

///

///

///

1  Cause appearing thereon, the Joint Motion is **GRANTED** and the Action is hereby
2  dismissed with prejudice.
3  **IT IS SO ORDERED**.

5  Dated:  December 30, 2020

   Hon. Anthony J. Battaglia
   United States District Judge